IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| JASON M. SCHUPP, ON HIS OWN BEHALF AND FOR THE BENEFIT OF OTHERS SIMILARLY SITUATED,<br><br>                 Plaintiffs,<br>vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, USAA GENERAL INDEMNITY COMPANY, USAA CASUALTY INSURANCE COMPANY, AND GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>                 Defendants. | Case No. 1:22-cv-714 |

## CONFIRMATION OF REMOVAL

Pursuant to 28 U.S.C. § 1446 (d), Defendants United Services Automobile Association, USAA General Indemnity Company, USAA Casualty Insurance Company, and Garrison Property and Casualty Insurance Company (collectively, "USAA") hereby confirm that written notice of the Notice of Removal filed herein earlier today has been provided to all adverse parties and that a copy of the Notice of Removal was filed with the clerk for the Circuit Court of the State of Maryland for Frederick County, thereby effectuating the removal of this action to this Court.

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

*/s/ Laura A. Hunt*
Laura A. Hunt
MD State Bar No. 22364
Laura.hunt@nortonrosefulbright.com
799 9th Street NW, Suite 1000
Washington, DC 20001
Telephone: (202) 662-0200
Facsimile: (202) 662-4643

Adam T. Schramek**
Nathan C. N. Damweber**
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Adam.schramek@nortonrosefulbright.com
Nathan.damweber@nortonrosefulbright.com
(512) 474-5201 – tele
(512) 536-4598 – fax

***Pending Pro Hac Vice Admission*

**Counsel for United Services Automobile Association, USAA General Indemnity Company, USAA Casualty Insurance Company, and Garrison Property and Casualty Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2022, copies of the foregoing were filed via the Court's CM/ECF system and served via U.S. Mail and email on *pro se* Plaintiff in this matter.

*/s/ Laura A. Hunt*
Laura A. Hunt
MD State Bar No. 22364